**Order entered August 16, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00262-CR

**JACOB NATHAN ROSS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-11734-V**

## ORDER

Before the Court is appellant's August 14, 2018 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before October 1, 2018.

/s/     LANA MYERS
JUSTICE